**U.S. District Court Eastern District of Michigan**

Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

**GARNISHEE DISCLOSURE**

CASE NO.
2:15-cv-13778-AC-RSW

Court address: 231 W. Lafayette Boulevard, Room 564, Detroit, Michigan 48226
Court telephone no.: 313-234-5005

**Plaintiff's name, address, and telephone no. (Judgment creditor)**
Old Woodward Housing, LLC, a MI LLC and Timothy Holton, c/o Demorest Law Firm, PLLC
322 W. Lincoln, Royal Oak, MI 48067

v

**Defendant's name, address, and telephone no. (Judgment debtor)**
Martin H. Karo
205 Garber
Yardley, PA 19067

**Plaintiff's attorney, bar no., address, and telephone no.**
Lisa M. Okasinski (P78470)/Demorest Law Firm, PLLC
322 W. Lincoln, Royal Oak, MI 48067
248-723-5500

**Garnishee name and address**
Bank of America
28746 Woodward Avenue
Royal Oak, MI 48067

FILED MAY 05 2017 CLERK'S OFFICE DETROIT

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on **4/20/17** and received by garnishee on **5/1/17**.
   ☑ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on **5/2/17**.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
   ☐ c. The garnishee will not withhold payments under the writ of garnishment. The writ of garnishment was served after the deadline date for service and the writ is invalid.

2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____
   ☑ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   **SOLE CHK 1600**
   Description of property, money, negotiable instruments, etc. under garnishee's control / Type of account and account number, if applicable
   The amount to be withheld is $ **7306.02** and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____ State the exemption and legal authority
   
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to pay the defendant during the period of the writ.
   Reason: ☐ not employed.  ☐ other _____
   ☐ e. The garnishee is obligated to pay the defendant during the period of the writ.
   Payments are for ☐ earnings. ☐ nonearnings _____ Specify nature of payment (see instructions on other side)
   Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other: _____ frequency of payment
   A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.
   
   Name of court that issued higher priority writ/order / Case number / Date Issued / Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____ specify

I declare that the statements above are true to the best of my information, knowledge, and belief.
**5/1/17**
Date
Garnishee/Agent/Attorney signature — **Debra Rodden**

I certify that:
on **5/2/17** I mailed or personally delivered the original of this disclosure to the court.
on **5/2/17** I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on **5/2/17** I mailed or personally delivered a copy of this disclosure to the defendant.

**5/2/17**
Date
Garnishee/Agent/Attorney signature

DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.

MC 14 (9/15) GARNISHEE DISCLOSURE          15 USC 1672, 15 USC 1673, MCR 3.101