| | REQUEST AND WRIT FOR GARNISHMENT (NON-PERIODIC) | CASE NO. 2:15-cv-13778-AC-RSW |
|---|---|---|

| Court address | • Zip code | Court telephone no. |
|---|---|---|
| 231 W. Lafayette Blvd., Room 564, Detroit, MI 48226 | | 313-234-5005 |

| Plaintiff name and address (Judgment creditor) | | Defendant name and address (Judgment debtor) |
|---|---|---|
| Old Woodward Housing, LLC, a MI LLC and Timothy Holton c/o Demorest Law Firm, PLLC 322 W. Lincoln Ave, Royal Oak, MI 48067 | v | Martin H. Karo 205 Garber Yardley, PA 19067 |

| Plaintiff's attorney, bar no., and address | Social security no. | Account no. |
|---|---|---|
| Lisa M. Okasinski (P78470)/Demorest Law Firm, PLLC 322 W. Lincoln Ave., Royal Oak, MI 48067 | Garnishee name and address | |
| Telephone no. 248-723-5500 | Wells Fargo Bank 115 N. Pine Street Gwinn, MI 49841 | FILED APR 20 2017 CLERK'S OFFICE DETROIT |

**REQUEST**

1. Plaintiff received judgment against defendant for $ 250,000.00 on 1-6-17 ($300K Consent Judgment, -$50K rec'd.)
2. The amount of the unsatisfied judgment now due (including interest and costs) is • $ 250,578.01
3. Plaintiff knows or with good reason believes that the garnishee is indebted to or possesses or controls property belonging to the defendant.
4. **Plaintiff requests** a writ of non-periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

April 13, 2017
Date

Plaintiff/Agent/Attorney signature (P78470)

**WRIT OF GARNISHMENT**   To be completed by the court. **See other side for additional information and instructions.**

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), 2 copies of this writ for serving on the garnishee, and any applicable disclosure fee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last known address by first class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2. of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.
   You are ordered to make the payment withheld under this writ payable to the plaintiff the court and mail it to: the plaintiff's attorney the court.
5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

APR 20 2017          OCT 19 2017

| Date of issue | Expiration date for service | Deputy court clerk |
|---|---|---|

MC 13  (6/05)  **REQUEST AND WRIT FOR GARNISHMENT (NON-PERIODIC)**  MCL 600.4011 et seq.; MSA 27A.4011 et seq., MCR 3.101